## In re UNITED STATES PAROLE COMMISSION.

### No. 85–1205.

United States Court of Appeals, District of Columbia Circuit.

Sept. 2, 1986.

Before WALD, Chief Judge, and ROBINSON, MIKVA, EDWARDS, GINSBURG, BORK, SCALIA, STARR, SILBERMAN, BUCKLEY and WILLIAMS, Circuit Judges.

### ORDER

PER CURIAM.

Petitioner's Suggestion for Rehearing *En Banc* has been transmitted to the full Court. At least a majority of the judges of the Court in regular active service have voted in favor of the suggestion. Accordingly, it is

ORDERED, by the Court *en banc*, that petitioner's Suggestion for Rehearing *En Banc* is granted, and it is

FURTHER ORDERED, by the Court *en banc*, on its own motion, that the opinion of the Court filed on June 17, 1986, 793 F.2d 338, be, and the same hereby is, vacated.

A future order will govern the course of further proceedings.